IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LATIA NOAH; JUSTIN GOTTFRIED;<br>JUSTIN GOTTFRIED as Next Friend<br>to the Estate of Steven Eugene Reece, | **ORDER**<br><br>Civ. No. 6:25-cv-02326-AA |
| Plaintiffs, | |
| v. | |
| TULLOCK FAMILY TRUST; BOBBIE SUE<br>TULLOCK; WILLIAM TULLOCK; SCOTT<br>TULLOCK; Does 1–5, | |
| Defendants. | |

AIKEN, District Judge.

On January 23, 2026, the Court entered an order directing Plaintiffs to file an amended complaint within 30 days and warned Plaintiffs that the case would be dismissed if no amended complaint were filed. *See* ECF No. 6. No amended complaint has been filed, and the allowed time has passed. This case is therefore DISMISSED. Final judgment shall be entered accordingly.

It is so ORDERED and DATED this __19th__ day of March 2026.


 /s/Ann Aiken
ANN AIKEN
United States District Judge

Page 1 – ORDER